UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRUCE STIPE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-2081** |
| **HOWARD PRINCE, ET AL.** | **SECTION "J" (4)** |

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as the Court's opinion in this matter. Accordingly,

**IT IS ORDERED** that Bruce Stipe's petition for issuance of a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DENIED** and **DISMISSED WITH PREJUDICE** as time barred.

New Orleans, Louisiana, this 24th day of February, 2012.

_____
UNITED STATES DISTRICT JUDGE